

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SELENA LOPEZ,<br><br>Defendant. | Case No. 2:23-cr-310-HDV<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On October 24, 2024, Defendant Selena Lopez made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Office of the Federal Public Defender, through DFPD Richard Goldman, was appointed to represent Ms. Lopez. The government was represented by Assistant U.S. Attorney Aylin Kuzucan.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the case, which include a series of failures to appear for drug testing and treatment. The Violation Report reflects an apparent instability in Ms. Lopez's current housing situation, and Ms. Lopez appeared to lack any bond resources. Ms. Lopez has the burden in this posture, and she submitted on the recommendation of the Pretrial Services officer, which was a recommendation of detention.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the above, the Court need not make a finding with respect to dangerousness.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 24, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE